

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00165-CV

THOMAS LEE TAYLOR, JR.                                    APPELLANT

V.

JOANNA N. TAYLOR AND B.C.                                 APPELLEES
CORNISH

------------

## FROM THE 325TH DISTRICT COURT OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

On August 8, 2013, the parties filed a "Joint Motion to Modify Judgment," indicating that they had entered into a mediated settlement agreement, which resolved the disputes and controversies between them, and requesting that the court either modify the trial court's judgment or reverse and remand the case to the trial court with instructions to enter a modified judgment as requested in the motion. We have considered the parties' motion, and it is the court's opinion that the motion should be granted.

---

[1]See Tex. R. App. P. 47.4.

Therefore, we set aside the February 8, 2013 Final Decree of Divorce without regard to the merits and remand this cause to the trial court for rendition of judgment in accordance with parties' settlement agreement.  *See* Tex. R. App. P. 42.1(a)(2)(B).

Costs of the appeal shall be paid by appellant, for which let execution issue.  *See* Tex. R. App. P. 42.1(d).

PER CURIAM

PANEL:  MEIER, J.; LIVINGSTON, C.J.; and GABRIEL, J.

DELIVERED:  August 22, 2013